# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID F. TIBBETT and DEANNA TIBBETT, <br><br> Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY, a Delaware Corporation; FUTURE FORD, INC., a California Corporation, dba FUTURE FORD LINCOLN OF ROSEVILLE; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 2:19-cv-00009-TLN-KJN <br><br> **ORDER GRANTING JOINT MOTION FOR REMAND** |

This Matter, having come before the Court on the Parties' Joint Motion to either (1) enter an order remanding this case to the Superior Court of California or, in the alternative, (2) modify this Court's Initial Pretrial Scheduling Motion and Reopen Discovery.

It appearing, upon argument of counsel and for good cause shown, that the Joint Motion should be granted.

IT IS HEREBY ORDERED that this case is REMANDED for lack of jurisdiction.

Entered this 17th day of September, 2019.

-1-

_____
Troy L. Nunley
United States District Judge